# EXHIBIT 1-B (PART 2)

# 5:11-cv-306

# DECLARATION OF KRISTEN E. KNAUF

# REGARDING RESPONSE TO

# MOTION TO TRANSFER VENUE

# WEBSITE: www.geolfossilversmiths.com

There are no prices shown for the buckles in this catalog, because each buckle is custom designed using different accessories. Therefore the price will vary widely depending on which accessories are used.



11-m



12-m



13-m



14-m



15-m



16-m