# EXHIBIT 1-B (PART 3)

# 5:11-cv-306

# DECLARATION OF KRISTEN E. KNAUF

# REGARDING RESPONSE TO

# MOTION TO TRANSFER VENUE

# WEBSITE: www.geolfossilversmiths.com



17-m



18-m

These are more examples of stylized lettering and layout.



19-m

These are just examples of buckles we have made. You can design your buckle using elements of these ideas, or create your own layout!



20-m



21-m

The layout variations are endless! They are limited only by your imagination and available space on the buckle.



22-m