# EXHIBIT 1-C (PART 1)

# 5:11-cv-306

# DECLARATION OF KRISTEN E. KNAUF REGARDING RESPONSE TO MOTION TO TRANSFER VENUE TRANSMITTAL LETTER OF CASTING AND MOLD PHOTOGRAPH

# THE HANOR LAW FIRM
## Intellectual Property Attorneys
Charles W. Hanor, P.C.

750 Rittiman Road
San Antonio, Texas 78209
www.hanor.com
chanor@hanor.com
Writer's Direct Line 210-829-2002
210-829-2001 Fax

May 12, 2011                  VIA FIRST CLASS CERTIFIED MAIL

Stephen A. Kennedy
KENNEDY CLARK & WILLIAMS, PC
1700 Pacific Avenue, Suite 1280
Dallas, TX 75201

     Re:    *William C. Spent, Jr. d/b/a/ Spent Saddlery & Feeds v. Dan Geolfos*
            *Cause No.11-CA-306-XR*

Dear Mr. Kennedy,

     Enclosed please find one bronze casting and a rubber mold used by Mr. Geolfos in making jewelry from the team penning design. These are the only items within his possession related to the protected work. This is all Mr. Goelfos has relating to the design.

     You need to preserve this evidence during the pendency of this case. Please let me know if you have any questions.

                                               Respectfully,

                                               Charles W. Hanor
                                               Charles W. Hanor, P.C.

Enclosures