# EXHIBIT 1-C (PART 2)

## 5:11-cv-306

## DECLARATION OF KRISTEN E. KNAUF

## REGARDING RESPONSE TO

## MOTION TO TRANSFER VENUE

## TRANSMITTAL LETTER OF

## CASTING AND MOLD PHOTOGRAPH

