# EXHIBIT 1-E

# 5:11-cv-306

# DECLARATION OF KRISTEN E. KNAUF REGARDING RESPONSE TO MOTION TO TRANSFER VENUE FIRST EMAIL REQUESTING INVOICES

From: Kennedy, Steve
Sent: Saturday, June 11, 2011 2:39 PM
To: Charles Hanor
Cc: Knauf, Kristen
Subject: Geolfos

Please produce the five team penner invoices that Mr. Geolfos says he relied upon for his affidavit testimony that he sold $700 worth of product with the subject artwork on it. Thank you.

Best regards,
Steve