# EXHIBIT 1-F

# 5:11-cv-306

# DECLARATION OF KRISTEN E. KNAUF REGARDING RESPONSE TO MOTION TO TRANSFER VENUE SECOND EMAIL REQUESTING INVOICES

From: Kennedy, Steve
Sent: Friday, June 17, 2011 1:32 PM
To: Charles Hanor
Cc: Knauf, Kristen
Subject: RE: Geolfos

Charlie,

This is my second request that you provide the five invoices mentioned in my email from last week.  If you continue to ignore or refuse to provide these five single documents, we will be required to take this issue up with the court.  The Court will not be impressed with either of us if we cannot agree on this issue.  Please Email me the documents today.  Thank you.