# EXHIBIT 1-G

# 5:11-cv-306

# DECLARATION OF KRISTEN E. KNAUF REGARDING RESPONSE TO MOTION TO TRANSFER VENUE

# INVOICE

# INVOICE

**GEOLFOS & COMPANY Silversmiths**
9155 3400 rd
Hotchkiss, CO  81419

(970) 872-4296        Telephone
(970) 872-4296        Fax

SHIP TO: Alix Dennis
One Trinity Place, #694
San Antonio, TX.   76212

BILL TO: Suzie Diver
3809 Oak Briar Ln.
Colleyville, TX.   76034

| Salesperson: | Dan Geolfos | Date of order: | |
| --- | --- | --- | --- |
| Payment terms: | | Date order shipped: | |
| Method of shipment: | | FOB point: | |
| Invoice number: | div-112610 | Invoice date: | 11-26-10 |
| Order number: | | | |

| ITEM NO. | QTY. | DESCRIPTION | PRICE EACH | AMOUNT |
| --- | --- | --- | --- | --- |
| | 1 | shape A size 2 nickel silver rose sprays, team penner, San Antonio , Champion, 2010 | 134.50 | 134.50 |

Credit equals discount of     25.00%

Tax rate: 0

| | |
| --- | --- |
| Sub total: | 134.50 |
| Credit: | 33.63 |
| Sub total: | 100.88 |
| Tax: | 0.00 |
| Sub total: | 100.88 |
| less deposit: | 0.00 |
| order balance | 100.88 |
| Plus shipping | 9.00 |
| Total due: | 109.88 |