# EXHIBIT 2 (PART 1)

# 5:11-cv-306

# REGARDING RESPONSE TO

# MOTION TO TRANSFER VENUE

# JUNE 3, 2011 DECLARATION OF ALEXA DENNIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM C. SPENT, JR. d/b/a<br>SPENT SADDLERY & FEEDS,<br><br>    Plaintiff,<br><br>v.<br><br>DAN GEOLFOS<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 5:11-cv-00306-XR |

## DECLARATION OF ALEXA DENNIS

Alexa Dennis makes the following declaration under penalty of perjury in accordance with 28 U.S.C. § 1746:

1. My name is Alexa Dennis. I am over the age of 18, of sound mind, have never been convicted of a felony, am competent to make this Declaration and every statement contained herein is within my personal knowledge and is true and correct.

2. I am a student at Trinity University in San Antonio, Texas and work in San Antonio during the school year and in the summer.

3. On or about November 30, 2010, in response to a request for a Team Penning belt buckle, I received a box containing a custom belt buckle from Geolfos Silversmiths, in Hotchiss, Colorado. Exhibit C-1 to this Declaration is a photograph of the box that I received, which says that it is from:

        GEOLFOSS SILVERSMITHS
        9155 3400 Rd. – Hotchiss, CO 81419
        (Phone/Fax # 970-872-4296)

Declaration of Alexa Dennis, Exhibit C, Page 1.

1-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
www.geolfosssilversmiths.com

4. Exhibit C-2 is a photograph of the custom belt buckle that I received from Geolfos Silversmiths.

5. Exhibit C-1 accurately depicts the front of the box that I received in the mail. Exhibit C-2 accurately depicts the custom belt buckle that was in the box shown on Exhibit C-1.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on June 3, 2011.

*Alexa Dennis*
Alexa Dennis

Declaration of Alexa Dennis, Exhibit C, Page 2.