# EXHIBIT 2 (PART 2)

## 5:11-cv-306

## REGARDING RESPONSE TO

## MOTION TO TRANSFER VENUE

## JUNE 3, 2011 DECLARATION OF ALEXA DENNIS

EXHIBIT C-1

Declaration of Alexa Dennis, Exhibit C, Page 3.

...

