EXHIBIT 2 (PART 3)

5:11-cv-306

REGARDING RESPONSE TO

MOTION TO TRANSFER VENUE

JUNE 3, 2011 DECLARATION OF ALEXA DENNIS

EXHIBIT C-2

Declaration of Alexa Dennis, Exhibit C, Page 4.

