# EXHIBIT 3 (PART 3)

# 5:11-cv-306

# REGARDING RESPONSE TO

# MOTION TO TRANSFER VENUE

# DECLARATION OF WILLIAM SPENT

\*Added by C.O. authority phone call of 7/15/91 with claimant.

VA 454 311

EXAMINED BY  WRB

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼   **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
SPENT SADDLERY & FEEDS c/o WILLIAM C. SPENT, JR.
R.R. 1 - BOX 57
OREANA, ILL. 62554
PH. 217-468-2481 or 217-468-2490
Area Code & Telephone Number ▶

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SPENT SADDLERY & FEEDS - WILLIAM C. SPENT, JR.   date ▶ 2-15-91

Handwritten signature (X) ▼
William C. Spent Jr.  2-15-91

**8**

MAIL CERTIFICATE TO

Name ▼
WILLIAM C. SPENT, JR.
Number/Street/Apartment Number ▼
R.R. 1 - BOX 57
City/State/ZIP ▼
OREANA, ILL. 62554

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—135,000   ☆U.S. GOVERNMENT PRINTING OFFICE: 1990 282-170/20,007