# EXHIBIT 3 (PART 4)

# 5:11-cv-306

# REGARDING RESPONSE TO

# MOTION TO TRANSFER VENUE

# DECLARATION OF WILLIAM SPENT

LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopy is a true representation of the work entitled **TEAM PENNING LOGO** deposited in the Copyright Office with claim of copyright registered under number **VA 454 311**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on June 12, 2009.

Marybeth Peters
Register of Copyrights

*Rosemary J. Kelly*

By: Rosemary J. Kelly
Head
Records Research and Certification
Section
Information and Records
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS
FEB 25 1981
COPYRIGHT OFFICE



Team Penning Logo